| | |
|---|---|
| 1 | Thomas H. Allen, State Bar #11160 |
| 2 | Dawn M. Bayne, State Bar #20368<br>**ALLEN, SALA & BAYNE, PLC** |
| 3 | 1850 N. Central Ave., Suite 1150<br>Phoenix, Arizona 85004 |
| 4 | Ofc: (602) 256-6000<br>Fax: (602) 252-4712 |
| 5 | Email:  dbayne@asbazlaw.com |
| 6 | Attorneys for Trustee Jill Ford |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| In re: | Chapter 7 |
|---|---|
| PAUL E. SEABROOK and TERESA M. SEABROOK,<br><br>Debtors. | Case No. 2-09-bk-19645-CGC<br><br>**APPLICATION FOR ORDER REQUIRING EXAMINATION PURSUANT TO RULE 2004, FED.R.BANKR.P.** |

Jill Ford, the Chapter 7 Trustee in the above-captioned bankruptcy proceeding ("Trustee"), hereby requests that the Court enter an Order requiring Paul and Teresa Seabrook ("Debtors") to submit to an examination under oath, and to produce such documents or to respond to such discovery requests as Trustee may request concerning all matters of inquiry allowed under Rule 2004, Fed.R.Bankr.P. This following Memorandum of Points and Authorities supports this Application.

DATED: July 21, 2010

                                                    **ALLEN, SALA & BAYNE, PLC**

                                                    */s/ DMB 20368*
                                                    Thomas H. Allen
                                                    Dawn M. Bayne
                                                    1850 N. Central Ave., Suite 1150
                                                    Phoenix, Arizona 85004
                                                    Attorneys for Trustee Jill Ford

\\BFS-9000\Documents\6000\6100\6137-Ford\404-Seabrook\Admin Pleadings\2004 Debtors\2004 Exam.doc

## MEMORANDUM OF POINTS AND AUTHORITIES

1. On August 17, 2009, Debtors filed for relief under Chapter 7 of the United States Bankruptcy Code.

2. Jill Ford is the Trustee appointed in this case.

3. This Court has jurisdiction in this matter pursuant to 28 U.S.C. § 1334.

4. Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, upon motion of any party in interest, the Court may order the examination of any person relating to the acts, conduct or property, or to the liabilities and financial condition of the debtor, or to any matter which may affect the administration of the debtor's estate.

5. In connection with the administration of the Debtors' estate, the Trustee requests an Order requiring Debtors to submit to an examination under oath and to produce such documents or to respond to such discovery requests as Trustee may request concerning all matters of inquiry allowed under Fed.R.Bankr.P. 2004.

**WHEREFORE,** the Trustee respectfully requests entry of an Order requiring Debtors to appear for examination and to produce documents pursuant to Bankruptcy Rule 2004, at the time and place as may be specified by Trustee on not less than twenty-one (21) days notice or upon agreement of the parties, at the offices of Allen, Sala & Bayne, PLC, 1850 North Central Avenue, Suite 1150, Phoenix, Arizona 85004, and for such other and further relief as this Court deems just and proper.

DATED: July 21, 2010

**ALLEN, SALA & BAYNE, PLC**

*/s/ DMB 20368*
Thomas H. Allen
Dawn M. Bayne
1850 N. Central Ave., Suite 1150
Phoenix, Arizona 85004
Attorneys for Trustee Jill Ford

| | |
|---|---|
| 1 | COPIES of the foregoing mailed on<br>July 21, 2010 to: |
| 2 | |
| 3 | Jill Ford<br>P.O. Box 5845<br>Carefree AZ  85377 |
| 4 | Chapter 7 Trustee |
| 5 | United States Trustee<br>230 North First Avenue, Ste. 204 |
| 6 | Phoenix, AZ  85003-1706 |
| 7 | Paul E. Seabrook<br>Teresa M. Seabrook |
| 8 | 3815 Park Blvd., #4<br>Oakland, CA  94602 |
| 9 | Debtors |
| 10 | Matthew M. Ellingson<br>THE ELLINGSON LAW GROUP, LLC |
| 11 | 3411 N. 16th Street, #2047<br>Phoenix, AZ  85016 |
| 12 | Attorneys for Debtors |
| 13 | */s/ Rachel Nieto* |